11/06/08

**FILED**

AUG 1 5 2012

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

Ashley Noel Norwood ,
Plaintiff

v.

Cook county DOC ,
Defendant(s)

*IN FORMA PAUPERIS* APPLICATION
AND
FINANCIAL AFFIDAVIT

12 C 6459
Judge Sharon Johnson Coleman
Magistrate Judge Jeffrey T. Gilbert

***Instructions:*** Please answer every question. Do not leave any blanks. If the answer is "none" or "not applicable (N/A)," write that response. Wherever a box is included, place an X in whichever box applies. If you need more space to answer a question or to explain your answer, attach an additional page that refers to each such question by number and provide the additional information. Please print or type your answers.

***Application:*** I, Ashley Noel Norwood ____, declare that I am the ☒ plaintiff ☐ petitioner ☐ movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I declare that I am unable to pay the costs of these proceedings, and I believe that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of my application, I answer the following questions *under penalty of perjury*.

1. Are you currently incarcerated?    ☒ Yes    ☐ No
   (If "No," go to Question 2)
   I.D. #: 2011-062-0076    Name of prison or jail: Cook county Department of corrections
   Do you receive any payment from the institution?    ☒ Yes    ☐ No
   Monthly amount: _____

2. Are you currently employed?    ☐ Yes    ☒ No
   a.  If the answer is "*yes*," state your:
       *Monthly* salary or wages: _____
       Name and address of employer: _____

   b.  If the answer is "*no*," state your:
       Beginning and ending dates of last employment: Oct 2010/June 2011
       Last *monthly* salary or wages: $2,000.00
       Name and address of last employer: Macio Martinez
       Windy City Auto Spa

3. Are you married? ☐ Yes ☒ No
   If the answer is "yes," is your spouse currently employed? ☐ Yes ☐ No
   Spouse's *monthly* salary or wages: _____
   Name and address of spouse's employer: _____
   _____

4. In addition to your income stated above in response to Question 2 (which you should not repeat here), *have you or anyone else living at the same residence* received more than $200 in the past twelve months from any of the following sources? Mark an X next to "Yes" or "No" in each of the categories a. through g, check all boxes that apply in each category, and fill in the twelve-month total in each category.

   a. ☐ Salary or ☐ wages ☐ Yes ☒ No
      Amount: _____ Received by: _____

   b. ☐ Business, ☐ profession or ☐ other self-employment ☐ Yes ☒ No
      Amount: _____ Received by: _____

   c. ☐ Rental income, ☐ interest or ☐ dividends ☐ Yes ☒ No
      Amount: _____ Received by: _____

   d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ alimony or maintenance or ☐ child support
      ☐ Yes ☒ No
      Amount: _____ Received by: _____

   e. ☐ Gifts or ☐ inheritances ☐ Yes ☒ No
      Amount: _____ Received by: _____

   f. ☐ Unemployment, ☐ welfare or ☐ any other public assistance
      ☐ Yes ☒ No
      Amount: _____ Received by: _____

   g. ☐ Any other sources (describe source:_____) ☐ Yes ☒ No
      Amount: _____ Received by: _____

5. Do *you or anyone else living at the same residence* have more than $200 in cash or checking or savings accounts? ☐ Yes ☒ No
   Total amount: _____
   In whose name held: _____ Relationship to you: _____

6. Do *you or anyone else living at the same residence* own any stocks, bonds, securities or other financial instruments? ☐ Yes ☒ No
   Property: _____ Current value: _____
   In whose name held: _____ Relationship to you: _____

7. Do *you or anyone else living at the same residence* own any real estate (with or without a mortgage)? Real estate includes, among other things, a house, apartment, condominium, cooperative, two-flat, etc. ☐Yes ☒No
Type of property and address: _____
Current value: _____ Equity: _____ (Equity is the difference between what the property is worth and the amount you owe on it.)
In whose name held: _____ Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

8. Do *you or anyone else living at the same residence* own any automobiles with a current market value of more than $1000? ☐Yes ☒No
Year, make and model: _____
Current value: _____ Equity: _____ (Equity is the difference between what the automobile is worth and the amount you owe on it.)
Amount of monthly loan payments: _____
In whose name held: _____ Relationship to you: _____
Name of person making payments: _____

9. Do *you or anyone else living at the same residence* own any boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐Yes ☒No
Property: _____
Current value: _____ Equity: _____ (Equity is the difference between what the property is worth and the amount you owe on it.)
Amount of monthly loan payments: _____
In whose name held: _____ Relationship to you: _____
Name of person making payments: _____

10. List the persons *who live with you* who are dependent on you for support. State your relationship to each person and state whether you are entirely responsible for the person's support or the specific monthly amount you contribute to his or her support. If none, check here: ☒None.
_____

11. List the persons *who do not* live with you who are dependent on you for support. State your relationship to each person and state how much you contribute monthly to his or her support. If none, check here: ☒None.
Daughter Celina Norwood, Son Damien Norwood, Son Abel Norwood

I declare under penalty of perjury that the above information is true and correct. I understand that 28 U.S.C. § 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 8/8/12 August 8 2012

Ashley N Norwood
(Signature of Applicant)

Ashley N Norwood
(Print Name)

**NOTICE TO PRISONERS:** <u>In addition to the Certificate below, a prisoner must also attach a print-out from the institution(s) where he or she has been in custody during the last six months showing all receipts, expenditures and balances in the prisoner's prison or jail trust fund accounts during that period.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account – prepared by <u>each</u> institution where you have been in custody during that six-month period. As already stated, you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, Ashley Norwood, I.D.# 20110662076, has the sum of $ 16.75 on account to his/her credit at (name of institution) Cook County Dept of Corrections. I further certify that the applicant has the following securities to his/her credit: N/A. I further certify that during the past six months the applicant's average monthly deposit was $ 117.48. (<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

8/8/12

Date

Signature of Authorized Officer

(Print Name)

**Resident Funds Inquiry**
**Current User Name: PROGSERV** Logout

ResId: 20110620076    Submit

Resident Id: **20110620076**
Resident Name: **NORWOOD , ASHLEY N**
Date of Birth: **1976-08-12**
Location: **D11CF-3 -309**
**Account Activity:**                                                           Prior History

| Date | Transaction Type | Transaction Description | Amount | Balance | Due | Total |
|---|---|---|---|---|---|---|
| 8/07/2012 | EPR | OID:101162571-ComisaryPurch-Reg | -83.44 | 16.75 | 0.00 | 16.75 |
| 8/02/2012 | DEPMG | 57739529 8/1 | 100.00 | 100.19 | 0.00 | 100.19 |
| 7/31/2012 | EPR | OID:101156827-ComisaryPurch-Reg | -0.20 | 0.19 | 0.00 | 0.19 |
| 7/10/2012 | EPR | OID:101139606-ComisaryPurch-Reg | -10.36 | 0.39 | 0.00 | 0.39 |
| 7/08/2012 | ERF | OID:101134807-ComisaryRefund-Reg | 1.78 | 10.75 | 0.00 | 10.75 |
| 7/03/2012 | EPR | OID:101134807-ComisaryPurch-Reg | -91.04 | 8.97 | 0.00 | 8.97 |
| 7/02/2012 | DEPMG | 16879538 6/29 | 100.00 | 100.01 | 0.00 | 100.01 |
| 6/26/2012 | EPR | OID:101128126-ComisaryPurch-Reg | -0.20 | 0.01 | 0.00 | 0.01 |
| 6/05/2012 | EPR | OID:101110345-ComisaryPurch-Reg | -100.65 | 0.21 | 0.00 | 0.21 |
| 6/04/2012 | DEPMG | 54863424 6/2 | 100.00 | 100.86 | 0.00 | 100.86 |
| 5/15/2012 | EPR | OID:101093489-ComisaryPurch-Reg | -5.26 | 0.86 | 0.00 | 0.86 |
| 5/11/2012 | ERF | OID:101087596-ComisaryRefund-Reg | 3.07 | 6.12 | 0.00 | 6.12 |
| 5/08/2012 | EPR | OID:101087596-ComisaryPurch-Reg | -96.98 | 3.05 | 0.00 | 3.05 |
| 5/08/2012 | DEPMG | 86162792-05/07 | 40.00 | 100.03 | 0.00 | 100.03 |
| 5/07/2012 | DEPMG | 22005448-05/04 | 60.00 | 60.03 | 0.00 | 60.03 |
| 5/01/2012 | EPR | OID:101081771-ComisaryPurch-Reg | -7.91 | 0.03 | 0.00 | 0.03 |
| 4/24/2012 | EPR | OID:101076060-ComisaryPurch-Reg | -52.13 | 7.94 | 0.00 | 7.94 |
| 4/24/2012 | DEPMG | 58366803 4/23/12 | 60.00 | 60.07 | 0.00 | 60.07 |
| 4/03/2012 | EPR | OID:101058373-ComisaryPurch-Reg | -99.93 | 0.07 | 0.00 | 0.07 |
| 4/03/2012 | DEPMG | 88414503 4/2/12 | 100.00 | 100.00 | 0.00 | 100.00 |

| Date | Type | Description | Amount | Balance | | |
|---|---|---|---|---|---|---|
| 4/03/2012 | EPR | OID:101057781-ComisaryPurch-Reg | -0.07 | 0.00 | 0.00 | 0.00 |
| 3/27/2012 | EPR | OID:101052529-ComisaryPurch-Reg | -2.57 | 0.07 | 0.00 | 0.07 |
| 3/13/2012 | EPR | OID:101041075-ComisaryPurch-Reg | -30.14 | 2.64 | 0.00 | 2.64 |
| 3/06/2012 | EPR | OID:101035485-ComisaryPurch-Reg | -107.23 | 32.78 | 0.00 | 32.78 |
| 3/06/2012 | DEPMG | 66810881 3/2 | 110.00 | 140.01 | 0.00 | 140.01 |
| 2/15/2012 | DEPMG | 73492871 2/14 | 30.00 | 30.01 | 0.00 | 30.01 |
| 2/07/2012 | EPR | OID:101010680-ComisaryPurch-Reg | -19.93 | 0.01 | 0.00 | 0.01 |
| 1/31/2012 | EPR | OID:101005422-ComisaryPurch-Reg | -105.99 | 19.94 | 0.00 | 19.94 |
| 1/30/2012 | DEPMG | 37185690-01/28 | 100.00 | 125.93 | 0.00 | 125.93 |
| 1/12/2012 | ERF | OID:100987847-ComisaryRefund-Reg | 8.59 | 25.93 | 0.00 | 25.93 |
| 1/10/2012 | EPR | OID:100987847-ComisaryPurch-Reg | -82.70 | 17.34 | 0.00 | 17.34 |
| 1/04/2012 | DEPMG | 33520623-01/03 | 100.00 | 100.04 | 0.00 | 100.04 |
| 1/03/2012 | EPR | OID:100981972-ComisaryPurch-Reg | -0.50 | 0.04 | 0.00 | 0.04 |
| 12/16/2011 | EPR | OID:100971684-ComisaryPurch-Reg | -71.68 | 0.54 | 0.00 | 0.54 |
| 12/12/2011 | EPR | OID:100967160-ComisaryPurch-Reg | -8.13 | 72.22 | 0.00 | 72.22 |
| 12/08/2011 | DEPMG | 76846609 12/7/11 | 80.00 | 80.35 | 0.00 | 80.35 |
| 11/15/2011 | EPR | OID:100944114-ComisaryPurch-Reg | -15.80 | 0.35 | 0.00 | 0.35 |
| 11/11/2011 | ERF | OID:100938095-ComisaryRefund-Reg | 5.06 | 16.15 | 0.00 | 16.15 |
| 11/07/2011 | EPR | OID:100938095-ComisaryPurch-Reg | -106.60 | 11.09 | 0.00 | 11.09 |
| 11/07/2011 | ERF | OID:100933211-ComisaryRefund-Reg | 4.70 | 117.69 | 0.00 | 117.69 |
| 11/01/2011 | EPR | OID:100933211-ComisaryPurch-Reg | -46.00 | 112.99 | 0.00 | 112.99 |
| 10/24/2011 | EPR | OID:100926381-ComisaryPurch-Reg | -50.38 | 158.99 | 0.00 | 158.99 |
| 10/17/2011 | EPR | OID:100921039-ComisaryPurch-Reg | -83.20 | 209.37 | 0.00 | 209.37 |
| 10/11/2011 | EPR | OID:100914876-ComisaryPurch-Reg | -98.45 | 292.57 | 0.00 | 292.57 |
| 10/04/2011 | EPR | OID:100907925-ComisaryPurch-Reg | -59.89 | 391.02 | 0.00 | 391.02 |
| 9/26/2011 | EPR | OID:100902580-ComisaryPurch-Reg | -40.07 | 450.91 | 0.00 | 450.91 |
| 9/20/2011 | EPR | OID:100897106- | -111.01 | 490.98 | 0.00 | 490.98 |

| Date | Type | Description | Amount | Balance | | |
|---|---|---|---|---|---|---|
| 9/06/2011 | EPR | OID:100887292-ComisaryPurch-Reg | -99.79 | 601.99 | 0.00 | 601.99 |
| 8/30/2011 | EPR | OID:100882679-ComisaryPurch-Reg | -33.57 | 701.78 | 0.00 | 701.78 |
| 8/23/2011 | EPR | OID:100875070-ComisaryPurch-Reg | -99.44 | 735.35 | 0.00 | 735.35 |
| 8/15/2011 | EPR | OID:100869492-ComisaryPurch-Reg | -70.57 | 834.79 | 0.00 | 834.79 |
| 8/12/2011 | ERF | OID:100863853-ComisaryRefund-Reg | 1.74 | 905.36 | 0.00 | 905.36 |
| 8/08/2011 | EPR | OID:100863853-ComisaryPurch-Reg | -101.10 | 903.62 | 0.00 | 903.62 |
| 7/26/2011 | EPR | OID:100852335-ComisaryPurch-Reg | -20.05 | 1004.72 | 0.00 | 1004.72 |
| 7/19/2011 | EPR | OID:100846822-ComisaryPurch-Reg | -106.24 | 1024.77 | 0.00 | 1024.77 |
| 7/12/2011 | EPR | OID:100841777-ComisaryPurch-Reg | -5.61 | 1131.01 | 0.00 | 1131.01 |
| 7/07/2011 | TRANSFER IN | TRANFER FROM 20100125039 | 45.62 | 1136.62 | 0.00 | 1136.62 |
| 7/03/2011 | ERF | OID:100831187-ComisaryRefund-Reg | 121.56 | 1091.00 | 0.00 | 1091.00 |
| 6/28/2011 | EPR | OID:100831187-ComisaryPurch-Reg | -121.56 | 969.44 | 0.00 | 969.44 |
| 6/21/2011 | DEPCA | WS-00006094 06/20 | 1091.00 | 1091.00 | 0.00 | 1091.00 |
| 6/21/2011 | BOOKED | ON THE NEW | 0.00 | 0.00 | 0.00 | 0.00 |