FILED
10/15/2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
AUG 1 5 2012
AUG-15 2012
THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

Ashley Noel Norwood

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

12 C 6459
Judge Sharon Johnson Coleman
Magistrate Judge Jeffrey T. Gilbert

vs.

(Cook county Department of corrections) Sheriffs Officer Cedeno star # 9013

Case No:_____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

　A.　Name: Ashley Noel Norwood

　B.　List all aliases: (Noel)

　C.　Prisoner identification number: CCDOC # 2011-062-0076

　D.　Place of present confinement: Cook county jail

　E.　Address: P.O. Box 089002 Chicago, Il 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

　A.　Defendant: Sheriffs Officer Cedeno (star #9013)

　　　Title: Correctional officer

　　　Place of Employment: Cook county Department of corrections

　B.　Defendant: _____

　　　Title: _____

　　　Place of Employment: _____

　C.　Defendant: _____

　　　Title: _____

　　　Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number:   N/A

    B. Approximate date of filing lawsuit:   N/A

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases:  N/A

    D. List all defendants:  N/A

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county):  N/A

    F. Name of judge to whom case was assigned:  N/A

    G. Basic claim made:  N/A

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?):  N/A

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the 15th of March 2012 at approximately 16:00hrs a routine cell search (a shake down) was conducted for the bottom half of the CF tier, we were instructed to bring our trash bags out and empty them into the garbage can, then line up on the dayroom wall for a patdown (cavity search), after the cell search & patdown was completed officer Cedeno told us to return back to our cells with our hands on our head, while doing so another officer who was also involed with conducting the shake down told us to pick our trash bags up, unable to comply with both verbal commands at the same time Officer Cedeno became very aggressive with me, he told me to go back to the wall, when I turned around to make my way back to the wall he came behind me and pushed me, I responded by telling him not to push me, he then told me "Oh you wanna

be a fucking tough guy", he took my right arm and twisted it behind me, and with his left hand on the back of my head, he slammed me head into a brick wall we great force, at first it dazed me for a few seconds, but then I came back to my senses, there was a little swelling but it took a couple hours until the headaches started to accure, since then I've been experience concusion like symptoms.

    The sheriff officer wrote a couple bogus disciplinary tickets, one for causing a officer or (sworn personel) to use physical force to restrain, and another for disobeying a direct command, due to the video footage from the surveillance cameras on the tier and 48 wittnesses, I was only found guilty for disobeying a direct command.

    This all took place in division 11 tier CF... Everything is recorded on my medical file here at Cook county jail

V.   **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the Sherrifs Officer Codeno star # 9013 disciplined, and I also want $1,700,000.00 for my pain & suffering

VI.   The plaintiff demands that the case be tried by a jury.   ☐ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_____
(Signature of plaintiff or plaintiffs)

_____
(Print name)

_____
(I.D. Number)

_____

_____
(Address)



# SHERIFF'S OFFICE OF COOK COUNTY
## OFFICE OF PROFESSIONAL REVIEW
### COMPLAINT REGISTER

**Complainant Information**

| | | | |
|---|---|---|---|
| NAME (Last, First, M.I.): Norwood, Ashley, N | AGE: 35 | DATE OF BIRTH: August 12, 1976 | HOME #: ( ) |
| HOME ADDRESS: P.O. Box 089002 Cook county | CITY: Chicago | | WORK/OTHER #: |
| STATE: Il | ZIP CODE: 60608 | STATE I.D./D.L./#: N-6300 | STATE OF ISSUANCE: |

I HAVE BEEN NOTIFIED THAT, PURSUANT TO 50 ILCS 725/3.8(b), ANYONE FILING A COMPLAINT AGAINST A SWORN PEACE OFFICER MUST HAVE THE COMPLAINT SUPPORTED BY A SWORN AFFIDAVIT.

**DATE OF INCIDENT:** March 15, 2012
**TIME OF INCIDENT:** 16:00 hrs
**LOCATION OF INCIDENT:** Cook county jail Divison 11

PROVIDE NAMES, BADGE NUMBERS, SQUAD NUMBER or LICENSE PLATE, and/or PHYSICAL DESCRIPTION OF THE OFFICER AGAINST WHOM YOU WISH TO FILE A COMPLAINT:

Sheriffs officer Cedeno star #9013

**Witnesses**

ARE THERE ANY WITNESSES YOU WISH TO BE CONTACTED DURING THE INVESTIGATION? ☒ YES ☐ NO
IF YES, PROVIDE CONTACT INFORMATION.

| NAME | ADDRESS/CITY/STATE/ZIP | HOME PHONE # |
|---|---|---|
| Terry Lamont James | Cook county jail Div 11 CF/302 | |
| There is video footage | | |

**Narrative**

PROVIDE A FULL DETAILED ACCOUNT OF YOUR COMPLAINT AND THE NATURE OF THE INCIDENT.

On March 15, 2012 at approximately 16:00hrs a routine cell search (shake down) was conducted for the bottom half of the CF tier of division 11, we were instructed to bring our trash bags out with us and empty them out into the garbage can, then line up on the dayroom wall for a pat down. After cell search and pat down was completed Sheriffs officer Cedeno (star #9013) told us to return back to our cells with our hands on our head, while doing so Sheriffs Officers Nelson told us to pick up our trash bags

☒ CONTINUED ON REVERSE

FOR OFFICE USE ONLY
DATE COMPLAINT RECEIVED: _____ RECEIVED BY: _____
IAD/IG #: _____

Complaint Narrative (Continued)

unable to comply with both commands at the sametime Officer Cadena became very aggressive with me, he told me to go back to the wall, when I started making my way back to the wall Officer Cadena came behind me and pushed me, I responded by telling not to push me, he then grabbed my right arm and twisted it behind me with his left hand on the back of my head and slammed me head first into the brick wall with great force.

PLEASE BE AWARE THAT IF YOU ALLEGE INJURIES AS A RESULT OF THIS INCIDENT, DUE TO FEDERAL PRIVACY LAWS ON THE RELEASE OF MEDICAL RECORDS, YOU MUST PROVIDE COPIES OF YOUR RELEVANT MEDICAL RECORDS REGARDING ANY EXAMINATION OR TREATMENT TO THE SHERIFF'S OFFICE INVESTIGATING UNIT TO BE MADE PART OF THE INVESTIGATION.

I have read this statement that I have voluntarily made, consisting of __2__ pages, and I solemnly swear that the facts and allegations contained within are true and correct to the best of my knowledge. __Ashley Norwood__
(Print Name)

Complainant's Signature: __Ashley Norwood__   Date: __August 3, 2012__

State of Illinois )
County of Cook )

Signed and sworn to before me on __8-3-12__ by __Ashley Norwood__
(date)                                  (name of person making statement)

OFFICIAL SEAL
MABLE LESLIE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/10/14
(notary seal)

__Mable Leslie__
(signature of notary public)

A person commits PERJURY when, under oath or affirmation, in a proceeding or in any matter where by law such oath or affirmation is required, he makes a false statement, material to the issue or point in question, which he does not believe to be true. PERJURY IS A CLASS 3 FELONY.

Please mail your completed, **signed and notarized**, complaint form to:

**Cook County Sheriff's Office of Professional Review**
3026 S. California
Chicago, IL. 60608