

# COOK COUNTY SHERIFF'S OFFICE
*(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

## INMATE DISCIPLINARY REPORT
*(INFORME DISCIPLINARIO INTERNO)*

page 1 of 2

### INMATE INFORMATION

| Inmate's Name (Print) | ID # | Inmate's DOB | Division/Unit | Inmate's Living Unit |
|---|---|---|---|---|
| Norwood Ashley R. | 20111022076 | 8-12-1976 | XI | CF |

### INFRACTION INFORMATION

| Control Number | Location of Infraction | Time of Infraction | Date of Infraction |
|---|---|---|---|
| DX12012150 | CF tier dayroom | 1015 | 15 March 2012 |

Category: [ ] I  [ ] II  [ ] III  [ ] IV  [X] V  [ ] VI  [ ] VII

**Code Number with Charge Description:** 500 - Causing Resisting forced movement or physical efforts to detain

### INJURIES

| Inmate(s) Injured: [ ] Yes [X] No | Medical Attention: [X] Yes [ ] No | Name: Norwood Ashley | Name: | Victim Report Completed: [ ] Yes [X] No |
| Personnel Injured: [ ] Yes [X] No | Medical Attention: [ ] Yes [X] No | Name: Ofc Cedeno | Name: | Victim Report Completed: [ ] Yes [X] No |

### INFRACTION NARRATIVE

**Description of Infraction:** On 15 March 2012 at approx 1015 I, Cedeno #9013 was on CF doing a cell and tier search with detainees out in the dayroom per Sgt McNamara. I/s detainee Norwood Ashley R. 20111022076 was given a verbal command along with other detainees, to put his hands on his head. Said detainee told me "fuck that, its too damn hot for..."

**Material Confiscated/Evidence Bag Number:**

| Disciplinary Report Delivered to Inmate by (Print Name): | Star Number: | Date Delivered: | Time Delivered: |
|---|---|---|---|
| | | | |

| Inmate's Signature: Refused | [ ] Division Hearing  [ ] Disciplinary Hearing Team | Date: Refused |

### WITNESS(ES)

| Inmate Witness: | Living Unit: | Inmate Witness: | Living Unit: |
| Inmate Witness: | Living Unit: | Inmate Witness: | Living Unit: |

| Reporting Personnel's Name: Cedeno | Star #: 9013 | Signature: Cedeno | Date: 15 Mar 2012 |
| CCDOC Personnel Witnessed Infraction: | Star #: | Signature: | Date: |
| Reviewing Supervisor's Name: Sgt McNamara | Star #: 1139 | Signature: McNamara #1139 | Date: 15 Mar 12 |
| Superintendent/Unit Head's Name: Lt R. Smith | Star #: 207 | Signature: Smith #207 | Date: 15th Mar 12 |

### NOTIFICATION

| REPORTED TO OFFICE OF PROFESSIONAL REVIEW (OPR): [ ] Yes [X] No   FAXED: [ ] Yes [X] No | REPORTED TO CRIMINAL INTELLIGENCE UNIT (CIU): [ ] Yes [X] No   FAXED: [X] Yes [ ] No |

(FCN-49)(NOV 11)

WHITE – Disciplinary Hearing Board's Copy  
PINK – Inmate's Copy after Hearing  
YELLOW – Originating Department/Division/Unit Head's File Copy  
GOLDENROD – Inmate's Copy prior to Hearing (notification of charge(s))





# COOK COUNTY SHERIFF'S OFFICE
(OFICINA DEL SHERIFF DEL CONDADO DE COOK)

## INMATE DISCIPLINARY REPORT
(INFORME DISCIPLINARIO INTERNO)

page 2 of 2

### INMATE INFORMATION

| Inmate's Name (Print): | ID #: | Inmate's DOB: | Division/Unit: | Inmate's Living Unit: |
|---|---|---|---|---|
| Norwood, Ashley Z. | 2011-0620076 | 8-12-1976 | X1 | CF |

### INFRACTION INFORMATION

| Control Number: | Location of Infraction: | Time of Infraction: | Date of Infraction: |
|---|---|---|---|
| DX12012150 | CF Tier dayroom | Approx 1015 | 15 March 2012 |

Category: CATEGORY V

Code Number with Charge Description:
506 Causing/Resisting forced movement or physical efforts to restrain

### INJURIES

| Inmate(s) Injured: No | Medical Attention: Yes | Name: Norwood, Ashley | Name: | Victim Report Completed: No |
| Personnel Injured: No | Medical Attention: No | Name: Off Cicieno | Name: | Victim Report Completed: No |

### INFRACTION NARRATIVE

Description of Infraction: continued
their shit" I/O gave another verbal command to said detainee to go back to the dayroom wall. At this point I/O attempted to escort said detainee which in turn, said detainee told "get your fuckin hand off me bitch!" At this point I/O restrained both of said detainees hands behind his back and escorted him back to the wall and then handcuffed him

Material Confiscated/Evidence Bag Number:

| Disciplinary Report Delivered to Inmate by: | Star Number: | Date Delivered: | Time Delivered: |
|---|---|---|---|
| [illegible] | 8871 | 16 MAR | 2p |

Inmate's Signature: REFUSED   ☐ Division Hearing  ☐ Disciplinary Hearing Team   Date: [illegible]

### WITNESS(ES)

| Inmate Witness: | Living Unit: | Inmate Witness: | Living Unit: |
| Inmate Witness: | Living Unit: | Inmate Witness: | Living Unit: |

| Reporting Personnel's Name: Cicieno | Star #: 9613 | Signature: Cicieno | Date: 15 March 2012 |
| CCDOC Personnel Witnessed Infraction: | Star #: | Signature: | Date: |
| Reviewing Supervisor's Name: Sgt Manning | Star #: 1139 | Signature: Sgt Manning #1139 | Date: 15 MAR 12 |
| Superintendent/Unit Head's Name: LT R. Davit | Star #: 207 | Signature: LT Davit #207 | Date: 15th MAR 12 |

### NOTIFICATION

REPORTED TO OFFICE OF PROFESSIONAL REVIEW (OPR): ☒ No   FAXED: ☒ No
REPORTED TO CRIMINAL INTELLIGENCE UNIT (CIU): ☒ Yes   FAXED: ☒ Yes

(FCN-49)(NOV 11)

WHITE – Disciplinary Hearing Board's Copy
PINK – Inmate's Copy after Hearing
YELLOW – Originating Department/Division/Unit Head's File Copy
GOLDENROD – Inmate's Copy prior to Hearing (notification of charge(s))





# COOK COUNTY SHERIFF'S OFFICE
*(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

## INMATE DISCIPLINARY REPORT
*(INFORME DISCIPLINARIO INTERNO)*

### INMATE INFORMATION

- **Inmate's Name (Print):** Norwood, Ashley R.
- **ID #:** 20111021071
- **Inmate's DOB:** 8-12-1976
- **Division/Unit:** XI
- **Inmate's Living Unit:** CF

### INFRACTION INFORMATION

- **Control Number:** DX12012149
- **Location of Infraction:** CF tier dayroom
- **Time of Infraction:** approx 1015
- **Date of Infraction:** 15 March 2012
- **Category:** III
- **Code Number with Charge Description:** 305: Disobeying verbal or written orders from sworn personnel

### INJURIES

- Inmate(s) Injured: No
- Medical Attention: Yes
- Name: Norwood, Ashley
- Victim Report Completed: No
- Personnel Injured: No
- Medical Attention: No
- Name: Ofc Cedeno
- Victim Report Completed: No

### INFRACTION NARRATIVE

**Description of Infraction:** On March 15, 2012 at approx 1015, P/O Cedeno #9618 was on CF doing a cell and tier search with detainees sat in the dayroom per Lt. Maxwell. As detainee Norwood, Ashley R. 20110211710 was given a verbal command along with other detainees, to put his hands on his head. Said detainee told P/O "fuck that its too damn hot for that shit"

**Disciplinary Report Delivered to Inmate by:** [signature]
**Star Number:** 8191
**Date Delivered:** 16 Mar 12
**Time Delivered:** 2150

**Inmate's Signature:** refused
☐ Division Hearing
☐ Disciplinary Hearing Team
**Date:** refused

### WITNESS(ES)

(none listed)

- **Reporting Personnel's Name:** Cedeno — Star # 9618 — Signature: Cedeno — Date: 15 March 12
- **Reviewing Supervisor's Name:** Sgt Maxwell — Star # 1139 — Signature: [signature] #1139 — Date: 15 Mar 12
- **Superintendent/Unit Head's Name:** Lt R. Davitt — Star # 207 — Signature: Lt Davitt #207 — Date: 15th Mar 12

### NOTIFICATION

- **REPORTED TO OFFICE OF PROFESSIONAL REVIEW (OPR):** No — FAXED: No
- **REPORTED TO CRIMINAL INTELLIGENCE UNIT (CIU):** Yes — FAXED: No

(FCN-49)(NOV 11)

WHITE – Disciplinary Hearing Board's Copy
PINK – Inmate's Copy after Hearing
YELLOW – Originating Department/Division/Unit Head's File Copy
GOLDENROD – Inmate's Copy prior to Hearing (notification of charge(s))



# COOK COUNTY SHERIFF'S OFFICE
*(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

## INMATE DISCIPLINARY REPORT
*(INFORME DISCIPLINARIO INTERNO)*

page 2 of 2

### INMATE INFORMATION

| Inmate's Name (Print) | ID # | Inmate's DOB | Division/Unit | Inmate's Living Unit |
|---|---|---|---|---|
| Norwood Ashley R. | 20111021076 | 8-12-1976 | XI | CF |

### INFRACTION INFORMATION

| Control Number | Location of Infraction | Time of Infraction | Date of Infraction |
|---|---|---|---|
| DX12012149 | CF tier dayroom | approx 1015 | 15 March 2012 |

Category: [X] CATEGORY III

Code Number with Charge Description:
**305: DISOBEYING VERBAL OR WRITTEN ORDERS FROM SWORN PERSONNEL**

### INJURIES

| | | Name | Name | Victim Report Completed |
|---|---|---|---|---|
| Inmate(s) Injured: [ ] Yes [X] No | Medical Attention: [X] Yes [ ] No | NORWOOD, ASHLEY | | [ ] Yes [X] No |
| Personnel Injured: [ ] Yes [X] No | Medical Attention: [ ] Yes [X] No | OFC CEDENO | | [ ] Yes [X] No |

### INFRACTION NARRATIVE

Description of Infraction: continued —
R/O gave another verbal command to said detainee to go back to the dayroom wall. At this point R/O attempted to escort said detainee which in turn said detainee told R/O "get your fuckin hand off me, bitch". At this point R/O restrained both of said detainees hands behind his back and escorted him back to the wall and then handcuffed him.

Material Confiscated/Evidence Bag Number:

| Disciplinary Report Delivered to Inmate by | Star Number | Date Delivered | Time Delivered |
|---|---|---|---|
| CEDENO | 8571 | 15 March 2012 | 2345 |

Inmate's Signature: Refused    [ ] Division Hearing   [ ] Disciplinary Hearing Team    Date: Refused

### WITNESS(ES)

| Inmate Witness | Living Unit | Inmate Witness | Living Unit |
|---|---|---|---|
| | | | |
| | | | |

| | Star # | Signature | Date |
|---|---|---|---|
| Reporting Personnel's Name: Cedeno | 9013 | Cedeno | 15 March 2012 |
| CCDOC Personnel Witnessed Infraction: | | | |
| Reviewing Supervisor's Name: SGT Nowakowski | 1139 | MTShD #1159 | 15 Mar 12 |
| Superintendent/Unit Head's Name: LT R. Davis | 207 | LT R. Davis #207 | 15th Mar 12 |

### NOTIFICATION

| REPORTED TO OFFICE OF PROFESSIONAL REVIEW (OPR): | REPORTED TO CRIMINAL INTELLIGENCE UNIT (CIU): |
|---|---|
| [ ] Yes [X] No    FAXED: [ ] Yes [X] No | [X] Yes [ ] No    FAXED: [X] Yes [ ] No |

(FCN-49)(NOV 11)

WHITE – Disciplinary Hearing Board's Copy
PINK – Inmate's Copy after Hearing
YELLOW – Originating Department/Division/Unit Head's File Copy
GOLDENROD – Inmate's Copy prior to Hearing (notification of charge(s))

