| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>ATTORNEY APPEARANCE FORM ||
|---|---|
| NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14. ||
| In the Matter of:<br>Ashley Noel Norwood (#2011-0620076)<br>    v.<br>Officer Cedeno | Case Number: 12-cv-6459 |
| | Judge: The Honorable Sharon Johnson Coleman |
| AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:<br>Officer Cedeno ||
| SIGNATURE  /s/ *Kevin J. Mueller* ||
| FIRM   COOK COUNTY STATE'S ATTORNEY'S OFFICE ||
| STREET ADDRESS   500 RICHARD J. DALEY CENTER ||
| CITY/STATE/ZIP   CHICAGO, IL 60602 ||
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br># 6285298 | TELEPHONE NUMBER<br>(312) 603-6124 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ ||