| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>ATTORNEY APPEARANCE FORM | |
|---|---|
| NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14. | |
| In the Matter of:<br>Ashley Noel Norwood (#2011-0620076)<br>　　v.<br>Officer Cedeno | Case Number: 12-cv-6459 |
| | Judge: The Honorable Sharon Johnson Coleman |

| AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:<br>Officer Cedeno |
|---|
| SIGNATURE　/s/ *James C. Pullos* |
| FIRM　　COOK COUNTY STATE'S ATTORNEY'S OFFICE |
| STREET ADDRESS　　500 RICHARD J. DALEY CENTER |
| CITY/STATE/ZIP　　CHICAGO, IL 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)　　　TELEPHONE NUMBER<br># 6275728　　　　　　　　　　　　　　　　　(312) 603-5105 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?　　　　　　　　　YES ☐　NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?　　　　　　　YES ☐　NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?　　　　　　　　YES ☒　NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?　YES ☐　NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐ |