| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **NORTHERN DISTRICT OF ILLINOIS** <br> **ATTORNEY APPEARANCE FORM** | |
| NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14. | |

| | |
|---|---|
| In the Matter of <br> Ashley Noel Norwood v Officer Cedeno, | Case Number: <br> 12 C 6459 |
| | Judge: Sharon Johnson Coleman |
| AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: <br><br> Officer Cedeno | |
| SIGNATURE  /s/ Patrick S. Smith, ARDC # 6198416 | |
| FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE | |
| STREET ADDRESS  500 RICHARD J. DALEY CENTER | |
| CITY/STATE/ZIP  CHICAGO, IL 60602 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> # 6198416 | TELEPHONE NUMBER <br> (312) 603-3362 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |