MA

Case Number 12 C 6459

Plaintiff,

Ashley Noel Norwood

v.

Officer Cedeno

Defendant.

FILED BY DY
JUL 30 2013
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

This is regards to your order sent July 12, 2013.

I am notifying you that the address the court has is my permanent address. The permanent address is 24556 Brooklands Lane Plainfield, IL 60585.

I am in compliance with your order that was sent July 12, 2013.

Any further questions please feel free to contact me at the address listed above.

Sincerely,

Plaintiff,

Ashley Noel Norwood.

*Ashley Noel Norwood* (signature)

Date:   July 26, 2013