**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE

Ashley Noel Norwood
#2011-0620076
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

60604*1800

12 C 6459
# 14

Return To Sender

RECEIVED
JUL 24 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



☐ ID # MISSING OR INCORRECT
☐ NAME & ID # DO NOT MATCH
☒ DISCHARGED

Mailed From 60604
07/17/2013
US POSTAGE