UNITED STATE DISTRICT COURT
NORTHERN DISCTIRCT OF ILLINOIS
EASTERN DIVISION

ASHLEY NORWOOD, )
    Plaintiff )
) No. 12 C 6459
vs. )
) Honorable Judge
) Sharon Johnson Coleman
OFFICER CEDENO, )
    Defendant )

## DEFENDANT'S STATUS REPORT

NOW COMES Defendant, Correctional Officer Cedeno by his attorney ANITA ALVAREZ, State's Attorney of Cook County, and through her Assistant, Patrick Smith, pursuant to the Court's order on September 3, 2013 file his status report and states as follows:

1. Officer Cedeno
    Care of: Patrick Smith Cook County States' Attorney
    500 Richard J. Daley Center
    Chicago, IL 60602
    312-603-3362

    The claim asserted is the use of excessive force by Officer Cedeno against plaintiff.

    Plaintiff alleges that Officer Cedeno became aggressive with him after failing to comply with his order to return to his cell, and then used excessive force, causing plaintiff headache like symptoms.

    The plaintiff seeks relief in the form of punishment regarding Officer Cedeno, and damages for his "pain and suffering" in the amount of One Million Seven Hundred Thousand Dollars ($1,700,000.00).

2. There are currently no pending motions.

    A deadline was re-established on September 3, 2013, as the case was dismissed for want of prosecution of July 22, 2013. The date for status regarding this hearing is set for September, 23 2013, to which this status report is due three days prior [September 20, 2013].

3. Defendants subpoenaed plaintiff on September 4, 2013 for deposition regarding the remaining matters in the case. The deposition is to take place on September 18, 2013. The location of the deposition will be:

   Cook County State's Attorney's Office
   500 Richard J. Daley Center
   Chicago, IL 60602

4. Jury trial has not yet been requested.

5. Parties have not consented to proceed before a Magistrate Judge.

6. There have been no realistic discussions regarding settlement.

   Parties have not requested a settlement conference.

7. Presently this office is conducting a search to determine whether there are any outstanding unpaid liens from Public Health, Child Support, Medicare, and Medicaid.

8. Defendants took plaintiff Ashley Noel Norwood's deposition on September, 18 2013. After the deposition was over, plaintiff left the Cook County State's Attorney's Office.

>Respectfully Submitted,
>
>ANITA ALVAREZ
>State's Attorney of Cook County
>
>*/s/ Patrick Smith.*
>Patrick Smith
>Assistant State's Attorney
>Deputy Supervisor - Federal Litigation
>500 Richard J. Daley Center
>Chicago, IL 60602
>(312) 603 -3362