UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASHLEY NORWOOD, ) | |
|     Plaintiff ) | |
| ) | No.    12 C 6459 |
| vs. ) | |
| ) | Honorable Judge |
| ) | Sharon Johnson Coleman |
| OFFICER CEDENO, ) | |
|     Defendant ) | |

## NOTICE OF FILING

To:   Ashley Norwood
       24556 Brooklands Lane
       Plainfield, Illinois, 60585

    PLEASE TAKE NOTICE that on September 18, 2013, I caused to be filed via the ECF/CM system in the United States District Court, Northern District of Illinois, Eastern Division, the attached *Defendant Officer Cedeno's Status Report.*

                            ANITA ALVAREZ
                            COOK COUNTY STATE'S ATTORNEY

      BY:    */s/ Patrick S. Smith*
                 Patrick S. Smith
                 Deputy Supervisor
                 Torts/Civil Rights Litigation
                 500 Richard J. Daley Center
                 Chicago, Illinois  60602
                 (312) 603-3362

## CERTIFICATE OF SERVICE

    I, Patrick Smith, Assistant State's Attorney, hereby certify that the attached was served upon the person named above on September 18, 2013, electronically via the ECF-CM system and by depositing such copy in the United States Mail at 500 Richard J. Daley Center, Chicago, Illinois, in an envelope bearing sufficient postage.

                                      */s/ Patrick S. Smith*
                                      Patrick S. Smith