# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Ashley Noel Norwood

                    Plaintiff,

v.                                       Case No.: 1:12–cv–06459
                                          Honorable Sharon Johnson Coleman

Officer Cedeno

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 6, 2013:

      ro Se Litigants, and refers the case to Magistrate Judge Gilbert for that purpose. Discovery is stayed pending settlement discussions. Parties shall advise the court if the case settles.(rth, )MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 12/6/2013. Status hearing set for 2/10/2014 at 04:00 PM. The court appoints counsel for plaintiff for the limited purpose of the Settlement Assistance Program for P

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.