Ashley Noel Norwood

                Plaintiff,

v.                                Case No.: 1:12–cv–06459
                                Honorable Sharon Johnson Coleman

Officer Cedeno

                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 11, 2013:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: This case has been referred to Magistrate Judge Gilbert to conduct a settlement conference. Plaintiff has been appointed counsel for the limited purpose of the Settlement Assistance Program for Pro Se Litigants. Counsel has yet to be assigned. Once settlement assistance counsel has been appointed, the Court will set a status hearing. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.