# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

Case Number: 12 C 6459

In the Matter of

Norwood

        Plaintiff,
v.                                     Honorable Judge Sharon Johnson Coleman

Officer Cedeno
        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Officer Cedeno

| | |
|---|---|
| Name Anthony E. Zecchin | |
| SIGNATURE /s/Anthony E. Zecchin | |
| FIRM COOK COUNTY STATE'S ATTORNEY'S OFFICE | |
| STREET ADDRESS 500 RICHARD J. DALEY CENTER | |
| CITY/STATE/ZIP CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6257706 | TELEPHONE NUMBER (312) 603-3373 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐ | |